# IN THE SUPREME COURT OF THE STATE OF NEVADA

ELENA FENTISOVA, AN INDIVIDUAL;
AND ANAHORET, LLC, A NEVADA
LIMITED LIABILITY COMPANY,

                Appellants,

vs.

CRISTINE LEFKOWITZ, AN
INDIVIDUAL; FORREST BARBEE, AN
INDIVIDUAL; AMERICANA LLC, D/B/A
PRUDENTIAL AMERICANA GROUP,
REALTORS, A NEVADA LIMITED
LIABILITY COMPANY; AND BEN
ALEV, A/K/A BENJAMIN A. ALEV,

                Respondents.

No. 68277

FILED

FEB 09 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY:
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Jerry A. Wiese, District Judge
      Law Offices of David M. Korrey
      Darren J. Welsh, Chtd.
      Olson, Cannon, Gormley, Angulo & Stoberski
      Jolley Urga Wirth Woodbury & Little
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

16-04208